UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JASON LEROY GEISER,<br><br>                Defendant. | No. 1:17-cr-00069-DAD-BAM<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

      The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

      Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

    [ X ]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

    [ X ]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

      This finding is based on the reasons stated on the record.

DATE: 11/06/2019                                             */s/ Jennifer L. Thurston*
                                                                                 U.S. Magistrate Judge