| | |
|---|---|
| 1 | LAW OFFICE OF EMILY DELEON |
| 2 | Emily DeLeon, SBN296416 |
|   | 1318 K. Street |
| 3 | Bakersfield, CA 93301 |
|   | Tel: (661)402-5803 |
| 4 | Email: emily@lawdeleon.com |

Attorney for:
JASON LEROY GEISER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00069 DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| JASON LEROY GEISER, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY BOONE AND ANTHONY YIM, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JASON LEROY GEISER, by and through his attorney of record, EMILY DELEON hereby requesting that the status conference hearing currently set for November 12, 2019, to be continued to November 18, 2019.

I have spoken to AUSA ANTHONY YIM, and he has no objection to continuing the status conference hearing. I am scheduled to be in a preliminary hearing in Kern County at 1:30 p.m. It is a multi-defendant case and the defendants are in custody and there is no time waiver

**IT IS SO STIPULATED.**

DATED: November 7, 2019

Respectfully Submitted,
*/s/ Emily DeLeon*
EMILY DELEON
Attorney for Defendant
JASON LEROY GEISER

DATED: November 7, 2019                              */s/Anthony Yim*
                                                     ANTHONY YIM
                                                     Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the status conference set on November 12, 2019 be continued November 18, 2019 at 2:00 pm.

IT IS SO ORDERED.

Dated:   **November 8, 2019**            _____
                                         UNITED STATES MAGISTRATE JUDGE