| | |
|---|---|
| LAW OFFICE OF EMILY DELEON<br>EMILY DELEON, SBN 296416<br>1318 K Street<br>Bakersfield, CA 93301<br>Tel: (661) 326-0857<br>Email: emily@lawdeleon.com<br><br>Attorney for:<br>JASON GEISER | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>JASON GEISER,<br><br>Defendants. | Case No. 1:17-cr-00069-DAD<br><br><br><br><u>STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE</u> |

TO: THE CLERK OF THE UNITED STATES MAGISTRATE COURT, HONORABLE BARBARA A. McAULIFFE; ANTHONY YIM, ASSISTANT UNITED STATES ATTORNEY; AND JULIE MARTIN, UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, JASON GEISER, by and through his attorney of record, EMILY DELEON, hereby requesting that the Status Conference currently set for Monday, December 2, 2019 be advanced to Tuesday, November 26, 2019 at 2:30 p.m. in front of Honorable Jennifer L. Thurston in Bakersfield, CA. The parties have conferred and have a proposed resolution for the Court. The parties have also conferred with the Courtroom Deputy Clerk for the Honorable Jennifer L. Thurston to ensure that there are no objections or concerns from either the Court or the U.S. Marshalls Service to the order or date.

1

**IT IS SO STIPULATED.**

DATED: 11/22/19

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELEON
Attorney for Defendant
JASON GEISER

DATED: 11/22/19

*/s/Anthony Yim*
ANTHONY YIM
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the STATUS CONFERENCE set for December 2, 2019 be advanced to November 26, 2019 at 2:30 pm before Magistrate Judge Jennifer L. Thurston, Bakersfield, California.

IT IS SO ORDERED.

Dated: **November 25, 2019**

*/s/ Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE