| | |
|---|---|
| 1 | **LAW OFFICE OF EMILY DELEON** |
| 2 | Emily de Leon, SBN 296416 |
| | 1318 K Street |
| 3 | Bakersfield, CA 93301 |
| | Tel: (661) 326-0857 |
| 4 | Email: emily@lawdeleon.com |
| 5 | Attorney for: |
| 6 | Jason Leroy Geiser |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00069-DAD-BAM |
| Plaintiff | |
| **Jason Leroy Geiser** | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A DROZD, UNITES STATES DISTRICT COURT JUDGE; ANTHONY YIM, ASSISTANT UNITED STATES ATTORNEY; AND JULIE MARTIN, SENIOR UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, JASON LEROY GEISER, by and through his attorney of record, EMILY DELEON, hereby requesting that the sentencing hearing currently set for March 16, 2020 be continued to May 26, 2020.

Mr. Geiser is currently scheduled to be sentenced on a violation of supervised release on March 16, 2020. He is out of custody and participating in Reentry Court as a condition of his supervision. Mr. Geiser has completed four months of the year-long of the program. The parties have conferred and request to continue the sentencing hearing approximately two months, so that Mr. Geiser will have completed approximately six months of Reentry Court before he is sentenced.

///

1

**IT IS SO STIPULATED.**

DATED: 03/04/2020

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Jason Leroy Geiser

DATED: 03/04/2020

*/s/Anthony Yim*
ANTHONY YIM
Assistant U.S. Attorney

DATED: 03/04/2020

*/s/Julie Martin*
JULIE MARTIN
Senior U.S. Probation Officer

## **ORDER**

Pursuant to the parties' stipulation, the sentencing hearing set for March 16, 2020 is hereby continued to May 26, 2020 at 10:00 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

Dated: **March 4, 2020**

UNITED STATES DISTRICT JUDGE