**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JASON GEISER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> JASON GEISER, </br></br> Defendant. | CASE NO. 1:17-cr-00069-DAD-1 </br></br> DEFENDANT'S STATUS CONFERENCE STATEMENT, REQUEST TO CONTINUE STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATION; & ORDER THEREON </br></br> Date:  April 25, 2022 </br> Time:  9:00 AM </br> Judge: Honorable Dale A. Drozd |

Defendant JASON GEISER, by and through his attorney of record, Carol Moses, provides this status conference statement in support of his request to continue the Status Conference on his violation of Supervised Release.  Mr. Geiser continues to do well at the Dream Center, an in-house drug rehabilitation and discipleship program.

On October 19, 2020, Mr. Geiser was to be sentenced on a violation of Supervised Release by this Court. Concurrent to the sentencing on the violation of Supervised Release, Mr. Geiser was sentenced in the Southern District of California, (San Diego) by the Honorable Cynthia Bashant to The Delancey Street Foundation. This Court continued sentencing on the Supervised Release Violation and deferred to the Court in the Southern District on the placement of Mr. Geiser at the Los Angeles Delancey Street Foundation.

Mr. Geiser did well at The Delancey Street Foundation. He followed the program and,

1

1  when required, worked off site at the direction of the Program. Sadly, there was a terrible accident
2  involving the workers and a large piece of equipment in disrepair. A worker was injured and
3  ultimately hospitalized. Mr. Geiser was injured but did not go to the hospital.
4      During the course of the investigation into the accident, Mr. Geiser was asked to give
5  sworn testimony as a percipient witness. He provided a truthful statement and as a result suffered
6  what appeared to be retaliation by individuals at the Program. He was made to sleep on a bench,
7  denied showers and the ability to wash his clothes. He was publicly berated and not allowed to eat
8  with others or continue his work. He did not complain because he was determined to complete the
9  program and become a responsible member of society.
10     Charles Rees, Mr. Geiser's attorney in the Southern District of California, began to
11 receive alarming phone calls about Mr. Geiser from people who left the program. Mr. Geiser's
12 fiancé also received alarming phone calls from people who left the program. The substance of the
13 calls was that Mr. Geiser was being treated inhumanely and was being retaliated against for
14 providing truthful testimony regarding the accident which apparently placed some liability for
15 injury on The Delancey Street Foundation.
16     Mr. Rees spoke to Senior United States Probation Officer for the Eastern District Julie R.
17 Martin about the situation. Officer Martin set up a confidential zoom meeting with Mr. Geiser to
18 get to the bottom of the alarming calls about inhumane treatment and retaliation. Officer Martin
19 believed based on Mr. Geiser's body language and her previous dealings with Mr. Geiser that the
20 meeting was not confidential.
21     Mr. Rees, without Mr. Geiser's knowledge, put Mr. Geiser on calendar in the Southern
22 District of California before the Honorable Cynthia Bashant and asked for an order bringing   Mr.
23 Geiser to the Court and to appear personally. At that time, Mr. Geiser did not know there was a
24 court hearing, and did not know the issue of the hearing was his release from Delancey Street to
25 another long term rehabilitative program called Dream Center Discipleship, at 2301 Bellevue
26 Avenue, Los Angeles, California, 90026 and whose telephone number is (213) 273-7171.
27     Judge Bashant praised Mr. Geiser for sticking it out as long as he did, returning directly to
28 court and ordered Mr. Geiser to the Dream Center, a program not dissimilar to The Delancey

1  Street Foundation. There was a brief period of time that Mr. Geiser was ordered to a Half-Way
2  House while it was determined that his vaccinations were up to date and he was not COVID
3  Positive.  At no time other than while at the Half-Way House was Mr. Geiser not in a program or
4  going to a program.
5        The Dream Center program is a minimum of 14 months. At the conclusion of the 14
6  months, Mr. Geiser will have the opportunity for a second year program. At that time he would
7  continue to live on campus, work with one of the outreach ministries and continue with classes
8  and skills. He will have an opportunity for a third year at The Dream Center where he will live on
9  campus, work off campus and will be allowed to go to college and will start volunteering at the
10 Dream Center.
11       Mr. Geiser entered the Dream Center on March 15, 2022. Assistant United States
12 Attorney Alexandre Dempsey and I spoke on March 25, 2022 about Mr. Geiser, Judge Bashant's
13 new order and the reasons for the change. I provided Mr. Dempsey with all the contact
14 information I have for the Dream Center.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Attached is a letter from the program showing that Mr. Geiser remains in the program and is in full compliance. Accordingly, Mr. Geiser is requesting a continuance of the Status Conference to October 17, 2022 to monitor Mr. Geiser's progress, program compliance and to then set another Status Conference for sentencing consideration on the violation of supervised release.

Dated: April 18, 2022                        /s/ Carol Ann Moses
                                             CAROL ANN MOSES
                                             Attorney for Defendant,
                                             JASON GEISER

## ORDER

GOOD CAUSE APPEARING and the court having inquired and learned that the government takes no position regarding the requested continuance, the defense request for a continued Status Conference is granted in Case No. 1:17-cr-00069-DAD-BAM-1.  The Status Conference as to Defendant JASON GEISER, currently scheduled for April 25, 2022, is hereby continued to October 17, 2022 at 9:00 AM in Courtroom 5 before the assigned district judge.  In so ordering the court makes no findings at this time as to the representations of counsel set forth in support of the requested continuance.

IT IS SO ORDERED.

   Dated:   **April 18, 2022**                     /s/ Dale A. Drozd
                                             UNITED STATES DISTRICT JUDGE